IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROGER OSBORN                    :

    v.                          :        CIVIL NO. MJG-00-1952

JOSEPH P. SACCHET               :

ORDER

The Court is in receipt of Plaintiff's Motion for a Temporary Restraining Order. In it, the Plaintiff asserts that the Defendants are harassing him in retaliation for bringing this lawsuit. The Plaintiff does not, however, contend that he is in physical danger, that he was denied medical treatment, or that he has suffered the kind of injuries that warrant the Court's interference with the prisons.

The Motion for a Temporary Restraining Order is therefore DENIED.

IT IS SO ORDERED this 27 day of June, 2000.

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUN 2 8 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

B. Legg
Benson Everett Legg
United States District Judge

